IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MIKE CRUTCHFIELD,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:23cv38-MHT
                               )          (WO)
COKER TIRE COMPANY,            )
                               )
     Defendant.                )
```

ORDER

With the consent of all parties, it is ORDERED that the motion to transfer venue (Doc. 11) is granted and that this case is transferred to the United States District Court for the Eastern District of Tennessee.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 28th day of March, 2023.

         /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE